IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRENDA FEGGINS,

        Plaintiff,                                   JUDGMENT IN A CIVIL CASE

v.                                                 Case No. 11-cv-73-wmc

RELIANCE STANDARD LIFE INSURANCE
COMPANY and ST. FRANCIS HOSPITAL
GROUP, INC. LONG TERM DISABILITY
INSURANCE PROGRAM,

        Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Brenda Feggins and against defendants Reliance Standard Life Insurance Company and St. Francis Hospital Group, Inc. Long Term Disability Insurance Program granting plaintiff's motion for summary judgment and remanding this case to defendant Reliance Standard to conduct a full and fair review of plaintiff's qualification for benefits and determine the appropriate amount of benefits due, if any.

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered awarding plaintiff attorney fees and costs in the total amount of $23,021.35 as the prevailing party.

Approved as to form this 11th day of September, 2013.

_____
William M. Conley
District Judge

_____                       9/12/13
Peter Oppeneer                             Date
Clerk of Court